| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Ray Nelson |
| Debtor 2 (Spouse, if filing) | Myrtle Nelson |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 15-50626-mlo |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust

**Court claim no.** (if known): 5-2

**Last 4 digits** of any number you use to identify the debtor's account: 2 8 2 7

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/01/2020

**New total payment:** $ 1,119.19
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 576.93      New escrow payment: $ 621.60

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

Debtor 1  Ray Nelson    Case number (if known) 15-50626-mlo
         First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons     Date 12/17/2019
Signature

Print: Molly Slutsky Simons     Title: Attorney for Creditor
       First Name  Middle Name  Last Name

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
         Number  Street
         Loveland          OH    45140
         City              State ZIP Code

Contact phone 513-444-4100     Email bankruptcy@sottileandbarile.com

SN Servicing Corporation                                    Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:    December 06, 2019

RAY V NELSON                                                                                          Loan:
MYRTLE D NELSON
20100 N GREENWAY ST
SOUTHFIELD MI  48076                                           Property Address:
                                                               20100 NORTH GREENWAY
                                                               SOUTHFIELD, MI  48076

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Jan 2019 to Jan 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Feb 01, 2020: | Escrow Balance Calculation | |
|---|---|---|---|---|
| Principal & Interest Pmt: | 497.59 | 497.59 | Due Date: | Dec 01, 2019 |
| Escrow Payment: | 576.93 | 621.60 | Escrow Balance: | 4,924.66 |
| Other Funds Payment: | 0.00 | 0.00 | Anticipated Pmts to Escrow: | 1,153.86 |
| Assistance Payment (-): | 0.00 | 0.00 | Anticipated Pmts from Escrow (-): | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 | Anticipated Escrow Balance: | $6,078.52 |
| Total Payment: | $1,074.52 | $1,119.19 | | |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 3,461.59 | 1,911.73 |
| Jan 2019 | 576.93 | 576.93 | | | | 4,038.52 | 2,488.66 |
| Feb 2019 | 576.93 | 576.93 | 411.95 | | * City/Town Tax | 4,203.50 | 3,065.59 |
| Feb 2019 | | 821.78 | | | * Escrow Only Payment | 4,203.50 | 3,887.37 |
| Mar 2019 | 576.93 | 576.93 | | | | 4,780.43 | 4,464.30 |
| Mar 2019 | | 344.64 | | | * Escrow Only Payment | 4,780.43 | 4,808.94 |
| Apr 2019 | 576.93 | 576.93 | | | | 5,357.36 | 5,385.87 |
| Apr 2019 | | 475.80 | | | * Escrow Only Payment | 5,357.36 | 5,861.67 |
| May 2019 | 576.93 | 576.93 | | | | 5,934.29 | 6,438.60 |
| May 2019 | | 475.80 | | | * Escrow Only Payment | 5,934.29 | 6,914.40 |
| Jun 2019 | 576.93 | 576.93 | | | | 6,511.22 | 7,491.33 |
| Jun 2019 | | 383.80 | | | * Escrow Only Payment | 6,511.22 | 7,875.13 |
| Jul 2019 | 576.93 | 576.93 | 1,626.00 | 2,016.00 | * Homeowners Policy | 5,462.15 | 6,436.06 |
| Jul 2019 | | 475.80 | | | * Escrow Only Payment | 5,462.15 | 6,911.86 |
| Aug 2019 | 576.93 | 576.93 | 4,885.22 | 5,024.67 | * City/Town Tax | 1,153.86 | 2,464.12 |
| Aug 2019 | | 475.80 | | | * Escrow Only Payment | 1,153.86 | 2,939.92 |
| Sep 2019 | 576.93 | 576.93 | | | | 1,730.79 | 3,516.85 |
| Sep 2019 | | 253.95 | | | * Escrow Only Payment | 1,730.79 | 3,770.80 |
| Oct 2019 | 576.93 | | | | * | 2,307.72 | 3,770.80 |
| Nov 2019 | 576.93 | 1,153.86 | | | * | 2,884.65 | 4,924.66 |
| Dec 2019 | 576.93 | | | | * | 3,461.58 | 4,924.66 |
| | | | | | Anticipated Transactions | 3,461.58 | 4,924.66 |
| Dec 2019 | | 576.93 | | | | | 5,501.59 |
| Jan 2020 | | 576.93 | | | | | 6,078.52 |
| | $6,923.16 | $11,207.46 | $6,923.17 | $7,040.67 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $6,923.17.  Under Federal law, your lowest monthly balance should not have exceeded $1,153.86 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than $1,153.86.  The items with an asterisk on your Account History may explain this.  If you want a further explanation, please call our toll-free number.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

SN Servicing Corporation                                                                    Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:    December 06, 2019

RAY V NELSON                                                                                                                      Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 6,078.52 | 4,351.13 |
| Feb 2020 | 621.60 | 418.47 | City/Town Tax | 6,281.65 | 4,554.26 |
| Mar 2020 | 621.60 | | | 6,903.25 | 5,175.86 |
| Apr 2020 | 621.60 | | | 7,524.85 | 5,797.46 |
| May 2020 | 621.60 | | | 8,146.45 | 6,419.06 |
| Jun 2020 | 621.60 | | | 8,768.05 | 7,040.66 |
| Jul 2020 | 621.60 | 2,016.00 | Homeowners Policy | 7,373.65 | 5,646.26 |
| Aug 2020 | 621.60 | 5,024.67 | City/Town Tax | 2,970.58 | 1,243.19 |
| Sep 2020 | 621.60 | | | 3,592.18 | 1,864.79 |
| Oct 2020 | 621.60 | | | 4,213.78 | 2,486.39 |
| Nov 2020 | 621.60 | | | 4,835.38 | 3,107.99 |
| Dec 2020 | 621.60 | | | 5,456.98 | 3,729.59 |
| Jan 2021 | 621.60 | | | 6,078.58 | 4,351.19 |
| | $7,459.20 | $7,459.14 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $1,243.19. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $1,243.19 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $6,078.52. Your starting balance (escrow balance required) according to this analysis should be $4,351.13. This means you have a surplus of $1,727.39. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be $7,459.14. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 621.60 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $621.60 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| | |
|---|---|
| In Re: | Case No. 15-50626-mlo |
| Ray Nelson<br>Myrtle Nelson | Chapter 13 |
| Debtor(s). | Judge Maria L. Oxholm |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on December 17, 2019 to the following:

Ray Nelson, Debtor
Myrtle Nelson, Debtor
20100 N. Greenway
Southfield, MI 48076

Shaunay Tiesha Steel, Debtors' Counsel
ssteellaw@gmail.com

Tammy L. Terry, Trustee
Mieb_ecfadmin@det13.net

United States Trustee's Office
(registeredaddress)@usdoj.gov

        Respectfully Submitted,

        /s/ Molly Slutsky Simons
        Molly Slutsky Simons (OH 0083702)
        Sottile & Barile, Attorneys at Law
        394 Wards Corner Road, Suite 180
        Loveland, OH 45140
        Phone: 513.444.4100
        Email: bankruptcy@sottileandbarile.com
        Attorney for Creditor